```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12864
    LATOYA T JUDE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2136

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
        The case was filed on 10/10/2006 and was confirmed 11/22/2006.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors   2.00%.

        The case was dismissed after confirmation 12/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED              .00              .00
500 FAST CASH              UNSECURED        NOT FILED              .00              .00
A ALL FINANCIAL SERVICES   UNSECURED        NOT FILED              .00              .00
AMERICAN ONLINE            UNSECURED        NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED              .00              .00
CAPITAL ONE                UNSECURED           556.07              .00              .00
CBC NATIONAL COLLECTION    UNSECURED        NOT FILED              .00              .00
CHECK RECOVERY SYSTEMS     UNSECURED        NOT FILED              .00              .00
CITY OF CHICAGO PARKING    UNSECURED         12710.00              .00              .00
COMCAST                    UNSECURED        NOT FILED              .00              .00
COMMONWEALTH EDISON        UNSECURED          3346.68              .00              .00
CONSUMER PORTFOLIO SERV    UNSECURED          9629.81              .00              .00
WORLDWIDE ASSET PURCHASI   UNSECURED           130.75              .00              .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED              .00              .00
FIRST NATIONAL CREDIT CA   UNSECURED        NOT FILED              .00              .00
FIRST PREMIER BANK         UNSECURED        NOT FILED              .00              .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED              .00              .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED              .00              .00
HELLER & FRISONE           UNSECURED        NOT FILED              .00              .00
HSBC NV                    UNSECURED        NOT FILED              .00              .00
IC SYSTEMS                 UNSECURED        NOT FILED              .00              .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED              .00              .00
MERCHANTS CREDIT GUIDE C   UNSECURED        NOT FILED              .00              .00
NCO INOVMED                UNSECURED        NOT FILED              .00              .00
RMI/MCSI                   UNSECURED           250.00              .00              .00
UNIVERSITY OF CHICAGO      UNSECURED        NOT FILED              .00              .00
TRINSIC COMMUNICATIONS I   UNSECURED        NOT FILED              .00              .00
UPTOWN CASH                UNSECURED        NOT FILED              .00              .00
VALENTINE & KEBARTAS       UNSECURED        NOT FILED              .00              .00
AFNI/VERIZON WIRELESS      UNSECURED          1364.59              .00              .00
WEXLER & WEXLER            UNSECURED        NOT FILED              .00              .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      306.33              .00           306.33

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 12864 LATOYA T JUDE
```

```
LVNV FUNDING LLC           UNSECURED        251.04            .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1316.58            .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        571.59            .00              .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,300.00                        1,291.57
TOM VAUGHN                 TRUSTEE                                          112.10
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
     ---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
     ---------------------------------------------------------------------------
TRUSTEE                   1,710.00

PRIORITY                                          306.33
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,291.57
TRUSTEE COMPENSATION                              112.10
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                    1,710.00              1,710.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE